IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

TAMMY FAYARD,                          )
                                       )
          Plaintiff,                   )
v.                                     )          CASE NO. 1:11-cv-1119-MEF
                                       )          (WO – Do Not Publish)
USFALCON, INC.,                        )
                                       )
          Defendant.                   )

## FINAL JUDGMENT

Pursuant to the parties' Joint Stipulation of Dismissal (Doc. #29) filed on March 18, 2013, it is hereby

ORDERED that this case is DISMISSED with prejudice, each party to bear their own costs and expenses.

The Court shall retain jurisdiction over this action for thirty (30) days from the date of this Order to address any unforeseen issues relating to the parties' settlement of this matter. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381–82 (1994).

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 19th day of March, 2013.


_____
          /s/ Mark E. Fuller
          UNITED STATES DISTRICT JUDGE